UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kathryne Preston, | File No. 20-cv-1633 (ECT/BRT) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Menard, Inc., | |
| Defendant. | |

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 9] entered into by Plaintiff and Defendant,

**IT IS ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated:  October 28, 2020           s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court